1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WADE EDWARD KELLY,                          No.  2:16-cv-0065 CKD P

12                     Petitioner,

13          v.                                     ORDER

14    MARTIN D. BITER, Warden,

15                     Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner challenges a conviction issued

19    by the Fresno County Superior Court.  Fresno County is part of the Fresno Division of the United

20    States District Court for the Eastern District of California.  See Local Rule 120(d).

21          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

22    division of a court may, on the court's own motion, be transferred to the proper division of the

23    court.  Therefore, this action will be transferred to the Fresno Division of the court.

24          Good cause appearing, IT IS HEREBY ORDERED that:

25          1.  This action is transferred to the United States District Court for the Eastern District of

26    California sitting in Fresno; and

27    /////

28    /////

                                                  1

1    　　　2.  All future filings shall reference the new Fresno case number assigned and shall be

2    filed at:

3    　　　　　　　　United States District Court
     　　　　　　　　Eastern District of California
     　　　　　　　　2500 Tulare Street
4    　　　　　　　　Fresno, CA 93721

5    Dated:  January 14, 2016

6    　　　　　　　　　　　　　　　　　　　　_____
     　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
7    　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

8

9

10

11   2/mp
     kell0065.109

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

　　　　　　　　　　　　　　　　　　　　　　　　2